UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>USA</u>

    v.                         Case No. 08-mc-79-SM

<u>Elias E. Ashooh</u>

<u>O R D E R</u>

    I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated December 15, 2008, no objection having been filed.

    The taxpayer, Elias E. Ashooh, is ordered to obey the summons and appear on February 2, 2009 at 9:00 a.m. at 1000 Elm Street, Suite 900, Manchester, New Hampshire, before Diane M. Saylor, to give testimony and produce all books and records in his possession or control required and called for by the terms of the summons of March 20, 2008.

    It is further ordered that the government be awarded its costs.

    SO ORDERED.


January   6, 2009                        /s/Steven J. McAuliffe
                                                    Steven J. McAuliffe
                                                    Chief Judge


cc:   Gretchen Leah Witt, AUSA
       Elias E. Ashooh